(November 12, 1986)

■ In the Matter of VICTOR P. ZODDA, a Suspended Attorney, Petitioner

Motion granted, suspension vacated. Lazer, J. P., Mangano, Thompson, Bracken and Spatt, JJ., concur.

(November 13, 1986)

■ JAYNE SPUNGIN, Appellant, v MICHAEL SPUNGIN, Respondent, et al., Defendant. (Action No. 1.) JAYNE SPUNGIN, Appellant, v MICHAEL SPUNGIN, Respondent. (Action No. 2.)

The court properly found the reconciliation agreement between the parties to be void and unenforceable because the defendant's attorney of record was not present during the negotiations or signing of this agreement and had not been discharged pursuant to CPLR 321 (b) *(see, Moustakas v Bouloukos,* 112 AD2d 981). Mollen, P. J., Mangano, Niehoff and Weinstein, JJ., concur.